IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LODSYS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COMBAY, INC.;<br>ICONFACTORY, INC.;<br>ILLUSION LABS AB;<br>MICHAEL G. KARR D/B/A SHOVELMATE;<br>QUICKOFFICE, INC.;<br>RICHARD SHINDERMAN;<br>WULVEN GAME STUDIOS,<br><br>    Defendants. | CIVIL ACTION NO. 2:11-CV-272-TJW<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Lodsys, LLC ("Lodsys") Unopposed Motion For Extension Of Time to respond to Apple Inc.'s Motion To Intervene.

Finding the motion well taken, the Court hereby GRANTS the motion. Lodsys shall have up to and including July 27, 2011 to file its response.

SO ORDERED.

SIGNED this 27th day of June, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE