**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LODSYS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-cv-272 |
| | § | |
| ATARI INTERACTIVE, INC.; | § | |
| COMBAY, INC.; | § | |
| ELECTRONIC ARTS INC.; | § | |
| ICONFACTORY, INC.; | § | |
| ILLUSION LABS AB; | § | |
| MICHAEL G. KARR D/B/A SHOVELMATE; | § | |
| QUICKOFFICE, INC.; | § | |
| ROVIO MOBILE LTD.; | § | |
| RICHARD SHINDERMAN; | § | |
| SQUARE ENIX LTD.; | § | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

Plaintiff Lodsys, LLC ("Lodsys"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notifies the Court of its dismissal of all claims in this action between Lodsys and Michael G. Karr d/b/a Shovelmate, without prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 10, 2011.                                        Respectfully Submitted,

                                    By:    /s/ Christopher M. Huck
                                            Michael A. Goldfarb
                                            (admitted *pro hac vice*)
                                            Christopher M. Huck
                                            (admitted *pro hac vice*)
                                            KELLEY, DONION, GILL,
                                            HUCK & GOLDFARB, PLLC
                                            701 Fifth Avenue, Suite 6800
                                            Seattle, Washington 98104
                                            Phone: (206) 452-0260
                                            Fax: (206) 397-3062
                                            Email: goldfarb@kdg-law.com

huck@kdg-law.com

William E. "Bo" Davis, III
Texas State Bar No. 24047416
THE DAVIS FIRM, PC
111 West Tyler Street
Longview, Texas 75601
Phone:  (903) 230-9090
Fax:  (903) 230-9090
Email:  bdavis@bdavisfirm.com

**Attorneys for Plaintiff Lodsys, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this response was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(V).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 10th day October, 2011.

By:    /s/ Christopher M. Huck
Christopher M. Huck